1:19-CR-00109-NT-01

**SECRET**

## INDICTMENT SYNOPSIS

U S DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED
JUN 1 2 2019
CHRISTA K. BERRY, CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| **Name:** | Robert Holland |
| **Address:** (City & State Only) | New York, NY |
| **Year of Birth and Age:** | 1980 - 39 |
| **Violations:** | **Count 1**: Conspiracy to Commit Hobbs Act Robbery, in violation of 18 U.S.C. § 1951(a). (Class C Felony) |
| **Penalties:** | **Count 1:** Imprisonment of not more than 20 years (18 U.S.C. § 1951(a)); a fine not to exceed $250,000 (18 U.S.C. § 3571(b)(3)), or both. |
| **Supervised Release:** | **Count 1:** Not more than 3 years (18 U.S.C. § 3583(b)(2)) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Count 1:** Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Count 1:** Three years less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBA |
| **Primary Investigative Agency and Case Agent Name:** | DEA / Rochefort |
| **Detention Status:** | Warrant to issue; To be arrested |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Franklin |
| **AUSA:** | Casey |
| **Guidelines apply?   Y/N** | Y |
| **Victim Case:** | Y |
| **Corporate Victims Owed Restitution?** | N |
| **Assessments:** | $100 per count |